[No. 2765–3. Division Three. January 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
HENRY HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 25998, George T. Shields, J., entered
February 1, 1978. *Affirmed* by unpublished opinion per
Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 2503–3. Division Three. January 25, 1979.]

FREDERICK W. MALDEIS, *Appellant,* v. MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 229914, Sidney R. Buckley, J.,
entered July 20, 1977. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 5826–1. Division One. January 29, 1979.]

*In the Matter of the Marriage of* NANCY LEE
HENNEMANN, *Appellant,* and JACK GORDON
HENNEMANN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–89438, Norman W. Quinn, J., entered June
30, 1977. *Affirmed* by unpublished opinion per James, J.,
concurred in by Farris, C.J., and Dore, J.

[No. 5860–1. Division One. January 29, 1979.]

FRANK VANDERLIP, *Respondent,* v. AUGUST ROSSANO,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 818212, Theodore S. Turner, J. Pro Tem.,
entered July 20, 1977. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Williams and Ringold, JJ.